1544

FILED

JAN 09 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 19-21 |
| JASMINE PARRISH | (18 U.S.C. §§ 2, 371, 2113(a), and 2113(d)) |

## INDICTMENT

## COUNT ONE

The grand jury charges:

### THE CONSPIRACY AND ITS OBJECTS

1. From on or about June 23, 2018, and continuing thereafter until on or about November 21, 2018, in the Western District of Pennsylvania, the defendant, JASMINE PARRISH, knowingly and willfully did conspire, combine, confederate and agree with persons known to the grand jury, to commit offenses against the United States, that is:

   a. Armed Bank Robbery, in violation of Title 18, United States Code, Section 2113(d); and,

   b. Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

### MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that, on or about June 23, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury agreed to rob the PNC Bank, located at 451 Clairton Boulevard, Pittsburgh, Pennsylvania 15236 (PNC West Mifflin), by force, violence, and intimidation.

3. It was further a part of the conspiracy that, on or about September 6, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury agreed to rob the PNC

Bank, located at 9805 McKnight Road, Pittsburgh, Pennsylvania 15237 (PNC McCandless), by force, violence, and intimidation.

4. It was further a part of the conspiracy that, on or about October 18, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury agreed to rob the PNC Bank, located at 206 Rodi Road, Pittsburgh, Pennsylvania 15235 (PNC Penn Hills), by force, violence, and intimidation.

5. It was further a part of the conspiracy that on or about November 21, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury agreed that the defendant, JASMINE PARRISH, would drive the getaway vehicle for the robbery, and the person known to the grand jury would enter the PNC Bank, located at 4761 Liberty Avenue, Pittsburgh, Pennsylvania 15224 (PNC Bloomfield), and rob PNC Bloomfield by force, violence, and intimidation.

## OVERT ACTS

6. In furtherance of the conspiracy, and to effect the objects of the conspiracy, the defendant, JASMINE PARRISH, and others known and unknown to the grand jury, did commit and cause to be committed, the following overt acts, among others, in the Western District of Pennsylvania:

(a) On or about June 23, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury did agree to dress in disguises and did dress in disguises to conceal their identities.

(b) On or about June 23, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury did enter the PNC West Mifflin, dressed in disguises, and did demand money, by force, violence, and intimidation, and did put in jeopardy the life of another

person by the use of a dangerous weapon, that is, a handgun.

(c) On or about June 23, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury did demand the employees of PNC West Mifflin enter the bank vault therein.

(d) On or about June 23, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury did receive and take approximately $61,124 in U.S. currency, belonging to and in the care, custody, control, management, and possession of PNC West Mifflin.

(e) On or about September 6, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury did agree to dress in disguises and did dress in disguises to conceal their identities.

(f) On or about September 6, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury did enter the PNC McCandless, dressed in disguises, and did demand money, by force, violence, and intimidation, and did put in jeopardy the life of another person by the use of a dangerous weapon, that is, a handgun.

(g) On or about September 6, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury did demand the employees of PNC McCandless enter the bank vault therein.

(h) On or about September 6, 2018, the defendant, JASMINE PARRISH, and a person known to the grand jury did receive and take approximately $35,000 in U.S. currency, belonging to and in the care, custody, control, management, and possession of PNC McCandless.

(i) On or about October 18, 2018, the defendant, JASMINE PARRISH, did drive a person known to the grand jury to PNC Penn Hills.

(j) On or about October 18, 2018, a person known to the grand jury did enter the PNC Penn Hills, dressed in a disguise, and did demand money, by force, violence, and intimidation, while the defendant, JASMINE PARRISH, did wait in the vehicle.

(k) On or about October 18, 2018, a person known to the grand jury did receive and take approximately $380 in U.S. currency, belonging to and in the care, custody, control, management, and possession of PNC Penn Hills.

(l) On or about November 21, 2018, the defendant, JASMINE PARRISH, did drive a person known to the grand jury to PNC Bloomfield.

(m) On or about November 21, 2018, a person known to the grand jury did enter the PNC Bloomfield, dressed in a disguise, and did demand money, by force, violence, and intimidation, while the defendant, JASMINE PARRISH, did wait in the vehicle.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The grand jury further charges:

On or about June 23, 2018, in the Western District of Pennsylvania, the defendant, JASMINE PARRISH, and a person known to the grand jury, aiding and abetting one another, did by force, violence, and intimidation, take and cause to be taken, from the person and presence of another, namely employees of PNC Bank, located at 451 Clairton Boulevard, Pittsburgh, Pennsylvania 15236 (PNC West Mifflin), money, in the amount of approximately $61,124.00 in U.S. currency, belonging to and in the care, custody, control, management and possession of PNC West Mifflin, a bank the deposits of which were then and are insured by the Federal Deposit Insurance Corporation, and, in committing such offense, a person known to the grand jury did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a handgun.

In violation of Title 18, United States Code, Sections 2 and 2113(d).

## COUNT THREE

The grand jury further charges:

On or about September 6, 2018, in the Western District of Pennsylvania, the defendant, JASMINE PARRISH, and a person known to the grand jury, aiding and abetting one another, did by force, violence, and intimidation, take and cause to be taken, from the person and presence of another, namely employees of PNC Bank, located at 9805 McKnight Road, Pittsburgh, Pennsylvania 15237 (PNC McCandless), money, in the amount of approximately $35,500.00 in U.S. currency, belonging to and in the care, custody, control, management and possession of PNC McCandless, a bank the deposits of which were then and are insured by the Federal Deposit Insurance Corporation, and, in committing such offense, a person known to the grand jury did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a handgun.

In violation of Title 18, United States Code, Sections 2 and 2113(d).

## COUNT FOUR

The grand jury further charges:

On or about October 18, 2018, in the Western District of Pennsylvania, the defendant, JASMINE PARRISH, and a person known to the grand jury, aiding and abetting one another, did by force, violence, and intimidation, take and cause to be taken, from the person and presence of another, namely employees of PNC Bank, located at 206 Rodi Road, Pittsburgh, Pennsylvania 15235 (PNC Penn Hills), money, in the amount of approximately $380.00 in U.S. currency, belonging to and in the care, custody, control, management and possession of Huntington Bank, a bank the deposits of which were then and are insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2 and 2113(a).

## COUNT FIVE

The grand jury further charges:

On or about November 21, 2018, in the Western District of Pennsylvania, the defendant, JASMINE PARRISH, and a person known to the grand jury, aiding and abetting one another, did by force, violence, and intimidation, attempt to take, from the person and presence of another, namely employees of PNC Bank, located at 4761 Liberty Avenue, Pittsburgh, Pennsylvania 15224 (PNC Bloomfield), money belonging to and in the care, custody, control, management and possession of PNC Bloomfield, a bank the deposits of which were then and are insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2 and 2113(a).

## FORFEITURE ALLEGATION

1. The Grand Jury re-alleges and incorporates by reference the allegations contained in Counts One through Five of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p); and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of the violations of Title 2, United States Code, Sections 2113(a) and 2113(d), charged in Counts Two through Five of this Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following: a 2018 Black in Color Ford Escape, PA Registration KVM 1028, VIN: 1FMCU9GD5JUD17454.

A True Bill,

/s/ *signature*
Foreperson

/s/ *signature*
SCOTT W. BRADY
United States Attorney
PA ID No. 88352