CRIMINAL CASE INFORMATION SHEET

19-21

Pittsburgh __X__        Erie _____        Johnstown _____

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. _X_ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:                Jasmine Parrish

Is indictment waived:            ____ Yes    _X_ No

Pretrial Diversion:              ____ Yes    _X_ No

Juvenile proceeding:             ____ Yes    _X_ No

Defendant is:                    ____ Male   _X_ Female

Superseding indictment or information   ____ Yes   _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: _____

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant:  __X__ is in custody  ____ is not in custody

Name of Institution:  Allegheny County Jail

Custody is on:  ____ this charge  __x__ another charge

____ another conviction

__X__ State  ____ Federal

Detainer filed:  ____ yes  __X__ no

Date detainer filed: _____

Total defendants:  1

Total counts:  5

Data below applies to defendant No.:  1

Defendant's name:  Jasmine Parrish

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| One | 18 U.S.C. § 371 | Conspiracy to Commit Bank Robbery | X |
| Two and Three | 18 U.S.C. §§ 2 and 2113(d) | Armed Bank Robbery | X |
| Four and Five | 18 U.S.C. §§ 2 and 2113(a) | Bank Robbery | X |
|  |  | FORFEITURE ALLEGATION | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: JAN 0 9 2019

REBECCA L. SILINSKI
Assistant United States Attorney
PA ID No. 320774